# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## PLEA HEARING

UNITED STATES OF AMERICA,                    **COURT MINUTES - CRIMINAL**

|  |  |
|---|---|
| Plaintiff, Case No: | 23-cr-278 ADM/DJF |
| Date: | January 31, 2024 |
| Court Reporter: | Brittany Blesener |
| Courtroom: | 12W |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:06 p.m. |
| Total Time in Court: | 36 Minutes |

v.

Michael Marshawn Lee Dalton,
                    Defendant.


Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff: Harry Jacobs, AUSA
   For Defendant: Tom Shiah, CJA


PROCEEDINGS:
☒ **Plea Hearing.**

☒ PLEA:
   ☒ Guilty as to Count: One


☒ Presentence Investigation and Report requested.
☒ Defendant released on same conditions previously imposed.
☒ Sentencing is scheduled for June 5, 2024 at 1:30 p.m.


                                                    s/LPH
                                                    Courtroom Deputy